CH

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 07 C 6284

SAUL DE LA CRUZ, on behalf of himself and all similarly
situated persons, known and unknown,
v.

CNC LAWN CARE, INC. and CHAD C. UTHE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHAD C. UTHE

| NAME (Type or print) |
| --- |
| MICHAEL E. POWERS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Michael E Powers |

| FIRM |
| --- |
| MICHAEL E. POWERS, LTD. |

| STREET ADDRESS |
| --- |
| 360 W. Butterfield Road, Suite 200 |

| CITY/STATE/ZIP |
| --- |
| Elmhurst, IL 60126 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3123569 | 630-941-8466 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

FILED
JAN - 7 2008
Jan 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT