IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SAUL DE LA CRUZ, on behalf of himself and )
All other similarly situated persons, known and )
Unknown, )
)
                            *Plaintiff,* )   No.  07 C 6284
)
       v. )   Judge Kennelly
)   Magistrate Judge Brown
CNC LAWNCARE, INC., and CHAD C. UTHE )
)
                          *Defendants.* )

### NOTICE OF FILING

**FILED**
JAN - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:  Douglas W. Werman
        Werman Law Office, P.C.
        77 W. Washington, Suite 1402
        Chicago, IL 60602

YOU ARE HEREBY NOTIFIED that on January 7, 2008, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Defendants' Answer to Plaintiff's Complaint, copies of which are attached hereto and herewith served upon you.

Michael E. Powers, Ltd.
360 W. Butterfield Road, Suite 200
Elmhurst, Illinois 60126
(630) 941-8466
Attorney Number: 3123569

_____
Michael E. Powers of
Michael E. Powers, Ltd.

### Proof of Service

I, Kristopher A. Capadona, an attorney, after being first duly sworn on oath, depose and state that I served this Notice with a copy of the Defendants' Answer to Plaintiff's Complaint attached thereto by via regular mail this 7th day of January, 2008.

_____

Subscribed and sworn to before me
this 7th day of January, 2008.

_____
Notary Public

OFFICIAL SEAL
LISA A SICILIANO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/09/10