UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Saul De La Cruz
      Plaintiff,

v.              Case No.: 1:07−cv−06284
             Honorable Matthew F. Kennelly

CNC Lawn Care, Inc., et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

  MINUTE entry before Judge Matthew F. Kennelly :Neither side appears for status hearing scheduled to this date. Both sides' counsel are ordered to show cause why a sanction should not be imposed. Status hearing set for 1/29/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.