IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAUL DE LA CRUZ, on behalf of himself and all other similarly situated persons, known and unknown, )))) | |
| Plaintiff, )) | |
| ) | No. 07 C 6284 |
| v. )) | |
| ) | Judge Kennelly |
| CNC LAWN CARE, INC. and CHAD C. UTHE, )) | |
| Defendants. )) | |

**PLAINTIFF'S COUNSEL'S REPONSE TO THE COURT'S ORDER FOR RULE TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE HELD IN CONTEMPT OF COURT**

Plaintiff's counsel, Douglas M. Werman, submits this response to the Court's January 15, 2008 Order to show cause why he should not be held in contempt for missing the January 15, 2008 status hearing. In support of this response, Plaintiff's counsel states as follows:

1. Plaintiff's counsel timely received the November 26, 2007 Order setting this case for a status hearing on January 15, 2008.

2. After receipt of the November 26, 2007 Order, Plaintiff's counsel's electronic docketing filing clerk entered the January 15, 2008 status date into Plaintiff's counsel's docketing software incorrectly. The firm retains a redundant docketing system that should have identified the docketing error, but that system also failed.

3. Plaintiff's counsel, Douglas M. Werman, is responsible for the missed status hearing. He has, however, taken steps to assure that the problem does not recur in this, or any other case.

1

4.      In the almost eighteen years Mr. Werman has practiced before the federal courts, the January 15, 2008 Court appearance is the first that he has missed due to an oversight. Nevertheless, he apologizes to the Court.


Dated: January 28, 2008           BY: s/Douglas M. Werman
                                  DOUGLAS M. WERMAN (ARDC#6204740)
                                  Werman Law Office, P.C.
                                  77 W. Washington, Suite 1402
                                  Chicago, Illinois 60602
                                  (312) 419-1008
                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Counsel's Response to the Court's Order for Rule to Show Cause Why Plaintiff's Counsel Should Not Be Held In Contempt of Court** was served via facsimile and regular U.S. mail on January 28, 2008 on:

Michael E. Powers
Law Offices of Michael E. Powers, Ltd.
360 W. Butterfield Rd., Ste. 200
Elmhurst, IL  60126

s/Douglas M. Werman
Douglas M. Werman