IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAUL DE LA CRUZ, on behalf of himself and all other similarly situated persons, known and unknown, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 07 C 6284<br>)<br>) Judge Kennelly |
| CNC LAWN CARE, INC. and CHAD C. UTHE, | )<br>) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   Michael E. Powers
      Law Offices of Michael E. Powers, Ltd.
      360 W. Butterfield Rd., Ste. 200
      Elmhurst, IL  60126

     **PLEASE TAKE NOTICE** that on January 28, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's Counsel's Response to the Court's Order for Rule to Show Cause Why Plaintiff's Counsel Should Not Be Held In Contempt of Court**, a copy of which is attached hereto and is hereby served upon you.

                                                      Respectfully submitted,

Dated: January 28, 2008

                                                     s/Douglas M. Werman
                                                     DOUGLAS M. WERMAN(#6204740)
                                                     MAUREEN A. BANTZ (#6289000)
                                                   Werman Law Office, P.C.
                                                   77 W. Washington, Suite 1402
                                                   Chicago, Illinois 60602
                                                   312-419-1008
                                                   Attorneys for Plaintiff