# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Saul De La Cruz

                Plaintiff,

v.     Case No.: 1:07−cv−06284
      Honorable Matthew F. Kennelly

CNC Lawn Care, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held on 2/22/2008 with attortneys for both sides. The parties are discussing the possibility of settlement. Status hearing continued to 3/26/2008 at 09:00 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.