U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6284
Saul De La Cruz
v.
CNC Lawn Care, Inc. and Chad Uthe

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CNC Lawn Care and Chad Uthe

| | |
|---|---|
| NAME (Type or print) Kristopher A. Capadona | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *Kristopher A. Capadona* | |
| FIRM Michael E. Powers, Ltd. | |
| STREET ADDRESS 360 W. Butterfield Road, Suite 200 | |
| CITY/STATE/ZIP Elmhurst, IL 60126 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6291444 | TELEPHONE NUMBER 630-941-8466 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |