# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6284 | **DATE** | 4/2/2008 |
| **CASE TITLE** | DeLacruz v. vs. CNC Lawn Care | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with plaintiff's attorney appearing. Defendant's attorney fails to appear. Status hearing continued to 4/28/2008 at 9:00 AM. Plaintiff's attorney is directed to notify defendant's attorney of the new date. Both sides' counsel are directed to appear at the status hearing.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|