**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Saul De La Cruz

                Plaintiff,

v.                                      Case No.: 1:07−cv−06284
                                            Honorable Matthew F. Kennelly

CNC Lawn Care, Inc., et al.

                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference.(or, )

Dated: April 29, 2008

                                                                      /s/ Matthew F. Kennelly

                                                                  United States District Judge