**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Saul De La Cruz

                        Plaintiff,

v.                                                  Case No.: 1:07−cv−06284
                                                  Honorable Matthew F. Kennelly

CNC Lawn Care, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held. Settlement conference set for 07/01/08 at 1:30 p.m. Plaintiff shall serve the settlement letter on defendants pursuant to paragraph one of this Court's standing order for settlement conference by 06/13/08. The defendants shall serve the responsive letter to the plaintiff's settlement letter by 06/23/08. Plaintiff's counsel shall fax or deliver copies of the letters to this Court's courtroom deputy by 06/25/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.