**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Saul De La Cruz

                        Plaintiff,

v.                                                  Case No.: 1:07−cv−06284
                                                 Honorable Matthew F. Kennelly

CNC Lawn Care, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Settlement conference held. A binding settlement agreement has been reached. Parties have consented to the jurisdiction of the magistrate judge. Status hearing set for 10/16/08 at 9:45 a.m. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 10/16/08. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Judge Honorable Geraldine Soat Brown no longer referred to the case.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.